# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-0089

———————————————

DOMINIC ALAN DIMAIO,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Writ of Habeas Corpus – Original Jurisdiction.

March 13, 2018

PER CURIAM.

DISMISSED. *See Logan v. State*, 846 So. 2d 472 (Fla. 2003).

ROWE, RAY, and MAKAR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Dominic Alan DiMaio, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.